IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD AMBROSANO,<br>    Plaintiff | : | CIVIL ACTION |
| v. | : | |
| ARS NATIONAL SERVICES, INC.,<br>    Defendant | : | NO. |

**NOTICE OF REMOVAL**

Defendant ARS NATIONAL SERVICES, INC. ("defendant" or "ARSN"), by its undersigned counsel, hereby petitions this Court as follows, pursuant to 28 U.S.C. § 1441(b):

1. ARSN is a defendant in an action pending in the Court of Common Pleas of Philadelphia County, January Term, 2016, No. 00309 ("the State Court Action"). A true and correct copy of the Complaint in the State Court Action is attached hereto as Exhibit "A".

2. Plaintiff in the State Court Action is EDWARD AMBROSANO ("plaintiff"). See Exhibit "A".

3. Plaintiff's State Court Action alleges violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq.

4. The State Court Action involves a question of federal law. Pursuant to 28 U.S.C. § 1331, "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

5. Pursuant to 28 U.S.C. § 1441(a), "[a]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

6. Since this case arises out of an alleged violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq., defendant may properly remove the State Court Action to this Court based on 28 U.S.C. § 1441(a).

7. This Notice has been filed with the Court within thirty (30) days after purported service of the Complaint on defendant.

WHEREFORE, defendant ARS NATIONAL SERVICES, INC., prays that the State Court Action be removed from the Court of Common Pleas of Philadelphia County, January Term, 2016, No. 00309, to this Court for proper and just determination.

FINEMAN KREKSTEIN & HARRIS, P.C.

By: _____
RICHARD J. PERR, ESQUIRE (PA 72883)
Ten Penn Center
1801 Market Street, Suite 1100
Philadelphia, PA  19103-1628
(v) 215-893-9300; (f) 215-893-8719
e-mail: rperr@finemanlawfirm.com
Attorneys for Defendant

Dated: _____January 22, 2016_____

## CERTIFICATE OF SERVICE

I, RICHARD J. PERR, ESQUIRE, hereby certify that on this date I served a true and correct copy of the foregoing by first class mail, postage prepaid, on the following:

>Fred E. Davis, Esquire
>Davis Consumer Law Firm
>500 Office Center Drive, Suite 400
>Ft. Washington, PA  19034
>(v) 855-432-8475, 215-380-2453; (f) 855-435-9294
>fdavis@usacreditlawyer.com; freddavis04@aol.com
>Attorneys for Plaintiff

_____
RICHARD J. PERR, ESQUIRE

Dated: _____January 22, 2016_____