# EXHIBIT A

# Court of Common Pleas of Philadelphia County
## Trial Division
# Civil Cover Sheet

*For Prothonotary Use Only (Docket Number)*

E-Filing Number: 1601006298

| | |
|---|---|
| **PLAINTIFF'S NAME**<br>EDWARD AMBROSANO | **DEFENDANT'S NAME**<br>ARS NATIONAL SERVICES, INC. |
| **PLAINTIFF'S ADDRESS**<br>2330 S. PERCY ST.<br>PHILA PA 19148 | **DEFENDANT'S ADDRESS**<br>201 W. GRAND AVE.<br>ESCONDIDO CA 92025 |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME** |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME** |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** |

**TOTAL NUMBER OF PLAINTIFFS:** 1
**TOTAL NUMBER OF DEFENDANTS:** 1

**COMMENCEMENT OF ACTION:**
- [X] Complaint
- [ ] Petition Action
- [ ] Notice of Appeal
- [ ] Writ of Summons
- [ ] Transfer From Other Jurisdictions

**AMOUNT IN CONTROVERSY:**
- [X] $50,000.00 or less
- [ ] More than $50,000.00

**COURT PROGRAMS:**
- [X] Arbitration
- [ ] Jury
- [ ] Non-Jury
- [ ] Other:
- [ ] Mass Tort
- [ ] Savings Action
- [ ] Petition
- [ ] Commerce
- [ ] Minor Court Appeal
- [ ] Statutory Appeals
- [ ] Settlement
- [ ] Minors
- [ ] W/D/Survival

**CASE TYPE AND CODE**
1O - CONTRACTS OTHER

**STATUTORY BASIS FOR CAUSE OF ACTION**

**RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)**

**IS CASE SUBJECT TO COORDINATION ORDER?** YES   NO

**TO THE PROTHONOTARY:**
Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: EDWARD AMBROSANO
Papers may be served at the address set forth below.

| | |
|---|---|
| **NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY**<br>FRED E. DAVIS | **ADDRESS**<br>500 OFFICE CTR DR<br>SUITE 400<br>FT. WASHINGTON PA 19034 |
| **PHONE NUMBER**<br>(855) 432-8475 | **FAX NUMBER**<br>(855) 435-9294 |
| **SUPREME COURT IDENTIFICATION NO.**<br>93907 | **E-MAIL ADDRESS**<br>freddavis04@aol.com |
| **SIGNATURE OF FILING ATTORNEY OR PARTY**<br>FRED DAVIS | **DATE SUBMITTED**<br>Tuesday, January 05, 2016, 03:49 pm |

*Received JAN 11 2016 ARS National Services, Inc.*

PRELIMINARY COPY (For Approval by the Prothonotary Clerk)

ARS National Services, Inc.

Fred Davis, Esquire  
Identification No. 93907  
DAVIS CONSUMER LAW FIRM  
500 OFFICE CTR DR STE 400  
FT. WASHINGTON, PA 19034  
(T)1-855-432-8475/(F)1-855-435-9294  
fdavis@usacreditlawyer.com

ATTORNEY FOR PLAINTIFF

THIS IS AN ARBITRATION MATTER.  
ASSESSMENT OF DAMAGES  
HEARING IS REQUESTED.

| | |
|---|---|
| EDWARD AMBROSANO<br>2330 S. Percy St.<br>Phila, PA<br>19148<br><br>Plaintiff<br><br>v.<br><br>ARS NATIONAL SERVICES, INC.<br>201 W. GRAND AVE.<br>ESCONDIDO, CA<br>92025<br><br>*Defendant* | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br><br>CIVIL ACTION<br><br><br><br>DOCKET NO.: |

## NOTICE TO DEFEND
### CODE: 1900

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

PHILADELPHIA COUNTY BAR ASSOCIATION-LAWYER REFERRAL& INFO SERVICE

Philadelphia Bar Association
1101 Market Street, 11th Floor
Phila, PA 19107
Phone: (215) 238-6300
Fax: (215) 238-1159

AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas de estas demandas expuestas an las paginas signientes, usted tiene veinte (20) dias de plazo al partir de ia fecha de la demanda y ia notificacion. Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las deman las en contra de su persona. Sea avisado que si usted no se defiende, le corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u ostros derechos importantes para usted.

LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTE, SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO. VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

SERVICIO DE REFERENCIA LEGAL
Colegio de Abogados de Philadelphia
1101 Market Street, 11th Floor
Phila, PA 19107
Phone: (215) 238-6300
Fax: (215) 238-1159

Received

JAN 11 2016

ARS National Services, Inc.

RECEIVED
JAN 11 2016
ARS National Services, Inc.

Fred Davis, Esquire     ATTORNEY FOR PLAINTIFF
Identification No. 93907
DAVIS CONSUMER LAW FIRM     THIS IS AN ARBITRATION MATTER.
500 OFFICE CTR DR STE 400     ASSESSMENT OF DAMAGES HEARING IS
FT. WASHINGTON, PA 19034     REQUESTED.
(T)1-855-432-8475/(F)1-855-435-9294
fdavis@usacreditlawyer.com

| | |
|---|---|
| EDWARD AMBROSANO<br>2330 S. Percy St.<br>Phila., PA<br>19148<br><br>Plaintiff<br><br>v.<br><br>ARS NATIONAL SERVICES, INC.<br>201 W. GRAND AVE.<br>ESCONDIDO, CA<br>92025<br><br>*Defendant* | COURT OF COMMON PLEAS<br><br>PHILADELPHIA COUNTY<br><br><br><br><br>CIVIL ACTION |

## COMPLAINT

1.    Plaintiff, EDWARD AMBROSANO, is an adult individual citizen and legal resident of the State of Pennsylvania, living at 2330 S. Percy St., Phila, Pa 19148.

2.    Defendant, ARS NATIONAL SERVICES, INC., is a business corporation qualified to and regularly conducting business in, the Commonwealth of Pennsylvania, with its legal residence and principal place of business at 201 W. GRAND AVE., ESCONDIDO, CA 92025. Defendant can be served at that address.

3.    Plaintiff avers that at all times material hereto, Defendant acted by and through its authorized agents, servants, officers, and/or employees, including Defendant, all of whom were acting within the scope of their employment.

## JURISDICTION AND VENUE

4. Jurisdiction of this court arises pursuant to 15 U.S.C. § 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy, or in any other court of competent jurisdiction".

5. Defendant regularly conducts business in the State of Pennsylvania and in the County of Philadelphia, therefore, personal jurisdiction is established.

6. Venue is proper in Philadelphia County pursuant to Pennsylvania Rules of Civil Procedure 1006 and 2179.

7. Declaratory relief is available pursuant to 28 U.S.C. §§ 2201 and 2202.

## PARTIES

8. Plaintiff is a natural persons residing in Phila, PA.

9. Plaintiff is a "consumer(s)" as that term is defined by 15 U.S.C. § 1692a(3), as the alleged debt was incurred in the pursuit and acquisition of household goods and services.

10. Defendant, ARS NATIONAL SERVICES, INC., is a company handling debt collection matters with headquarters located at 201 W. GRAND AVE., ESCONDIDO, CA 92025.

11. Defendant is a debt collector as that term is defined by 15 U.S.C. §1692a(6), and regularly identifies itself as such in correspondence with Plaintiff. *See Exhibit "A"*.

12. Defendant acted through their agents, employees, officers,

members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

13. On or about June 17, 2015, Defendant sent Plaintiff a letter which purported to collect on a CITIBANK N.A./ SUNOCO CREDIT CARD. *See* Exhibit "A".

14. Defendant's letter further offered Plaintiff two options:

"1. Settle your account at 40% of the above balance in six installments (of $32.97 each);

2. Good faith payment plan: Enclose your good faith down payment of $49.46 and send monthly payments of $24.73 until the balance is paid". *Id.*

15. Plaintiff alleges and avers that Defendant misrepresented the amount needed to satisfy the alleged debt, because the "good faith payment plan" does not specify the total balance needed to satisfy the debt, even though it requires a higher down payment than the "settle" option, and is thus in violation of 15. U.S.C. § 1692e.

16. Plaintiff alleges and avers that Defendant's letter deliberately sought to confuse and mislead Plaintiff into paying a higher amount, and that Defendant's language implies that either payment will satisfy the alleged debt, while at the same time creates such ambiguity as to make it unclear exactly what is required to "settle" or satisfy the "good faith payment plan", and is thus in violation of 15. U.S.C. § 1692e. *Id.*

17. Plaintiff further alleges and avers that Defendant made or caused to be made numerous, offensive phone calls to Plaintiff and unrelated third-parties attempting to collect the alleged "debt", and often times failed to properly identify itself, in violation of 15 U.S.C. §§ 1692c(a)(1) and d.

18. Plaintiff further alleges and avers that Defendant failed to notify the relevant credit bureaus that the alleged debt was in dispute, in violation of 15 U.S.C. § 1692e.

19. Plaintiff alleges and avers that Defendant failed to notify Plaintiff that litigation premised on the alleged is time-barred, and Defendant thereby misrepresented the legal status of the alleged debt, in violation of 15. U.S.C. § 1692e.

## COUNT I
## THE FAIR DEBT COLLECTION PRACTICES ACT

20. In its actions to collect a disputed debt, Defendant violated the FDCPA in one or more of the following ways:

    a. Harassing, oppressing or abusing Plaintiff in connection with the collection of a debt in violation of 15 U.S.C. § 1692d.

    b. Using misrepresentations or deceptive means to collect a debt in violation of 15 U.S.C. § 1692e(10).

    c. Using unfair or unconscionable means to collect a debt in violation of 15 U.S.C. §1692f.

    d. Attempting to collect an amount not authorized by contract or law in violation of 15 U.S.C. §1692f.

    e. By acting in an otherwise deceptive, unfair and unconscionable manner and failing to comply with the FDCPA.

WHEREFORE, Plaintiff, EDWARD AMBROSANO, respectfully prays for a judgment as follows:

    a. All actual compensatory damages suffered pursuant to 15

U.S.C. § 1692k(a)(1);

      b. Statutory damages of $1,000.00 for the aforementioned violation(s) of the FDCPA pursuant to 15 U.S.C. § 1692k(a)(2)(A);

      c. All reasonable attorneys' fees, witness fees, court costs and other litigation costs incurred by Plaintiff pursuant to 15 U.S.C. § 1693k(a)(3); and

Any other relief deemed appropriate by this Honorable Court.

DAVIS CONSUMER LAW FIRM

By: /s/
Fred Davis-PA ID# 93907
Attorney for Plaintiff, EDWARD AMBROSANO
500 Office Center Drive-Suite 400
Ft. Washington, PA 19034
Tel – 1-855-432-8475/Facsimile-1-855-435-9294
Email: fdavis@usacreditlawyer.com

Received
JAN 11 2016
ARS National Services, Inc.

## VERIFICATION

Fred Davis, states that he is the attorney for the Plaintiff herein; that he is acquainted with the facts set forth in the foregoing Complaint; that same are true and correct to the best of his knowledge, information and belief; and that this statement is made subject to the Penalties of 18 Pa. C.S.A. §4904, relating to unsworn falsifications to authorities.

Received

JAN 11 2016

ARS National Services, Inc.

DAVIS CONSUMER LAW FIRM

By:  /s/
Fred Davis-PA ID# 93907
Attorney for Plaintiff, EDWARD AMBROSANO
500 OLice Center Drive-Suite 400
Ft. Washington, PA   19034
Tel – 1-855-432-8475/Facsimile-1-855-435-9294
Email: rdavis@usacreditlawyer.com

Department # 10840
P.O. Box 1259
Oaks, PA 19456
ADDRESS SERVICE REQUESTED

ARS National Services, Inc.
PO Box 469100
Escondido, CA 92046-9100
(800) 665-3128 FAX: (866) 422-0765
www.PayARS.com

**ACCOUNT IDENTIFICATION**
Creditor: Citibank, N.A./SUNOCO CONSUMER
Account No.: *******4901
ARS Reference No.: 31303925
Balance: $494.54

June 17, 2015

EDWARD A AMBROSANO III
2830 S PERCY ST
# PERCY
PHILADELPHIA PA 19148-3711

Received
JAN 11 2016
ARS National Services, Inc.

Dear Sir/Madam:

We would like to recommend the following payment options to resolve your unpaid account. Please choose one of the following options:

1. Settle your account at 40% of the above balance in six installments:
(If you cannot make the settlement payment by the dates below, please contact us to discuss all your payment options.)

    Payment One: $32.97 by 7/4/2015    Payment Four: $32.97 by 10/2/2015
    Payment Two: $32.97 by 8/3/2015    Payment Five: $32.97 by 11/2/2015
    Payment Three: $32.97 by 9/2/2015   Payment Six: $32.97 by 12/2/2015

2. Good faith payment with payment plan:
Enclose your good faith down payment of $49.46 and send monthly payments of $24.73 until the balance is paid. If you cannot make the payment by the 25th of each month, please contact us to discuss all your payment options.

We reserve the right to treat any missed or late payment as a cancellation of the agreement. We are not obligated to renew these offers. Upon receipt of your final payment, ARS and our client will consider this account either paid in full or settled based on the option chosen.

Whenever $600.00 or more in principal of a debt is discharged as a result of settling a debt for less than the balance owing, the creditor may be required to report the amount of the debt discharged to the Internal Revenue Service on a 1099C form, a copy of which would be mailed to you by the creditor. If you are uncertain of the legal or tax consequences, we encourage you to consult your legal or tax advisor.

To make a payment or review other options on this account, please visit our website at www.PayARS.com which is available 24 hours a day. ARS also offers "Quick Check" by phone, Western Union "Quick Collect" (Code City: ARS 31303925), and Moneygram "Express Payment" (Receive Code: 2471). Payments, made payable to Citibank, can be mailed to the ARS Escondido, CA address above.

Contact your account representative at (800) 665-3128 for details. Office hours are Monday through Friday, 6:00 a.m. - 7:00 p.m. and Saturday 6:00 a.m. - 12:00 p.m. (Pacific Time).

Sincerely,
ALEC TILLEY X5708
Account Representative

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

109968-CB406