IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EDWARD AMBROSANO III** <br><br> Plaintiff, <br><br> vs. <br><br> **ARS NATIONAL SERVICES, INC.** <br><br> Defendant. | **Civil Action No.: 2:16-cv-0278** |

## STIPULATION OF VOLUNTARY DISMISSAL

TO: The Clerk of Court:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to Plaintiff's voluntary dismissal of his claims against ARS National Services, Inc., with prejudice and without costs to either side.

/s/ Fred Davis_____  
Davis Consumer Law Firm  
Attorneys for Plaintiff  
500 Office Ctr. Dr-Suite 400  
Ft. Washington, PA      19034  

/s/ Richard Perr_____  
Fineman, Krekstein & Harris  
Attorneys for Defendant  
2 Penn Center- 1801 Market Street, Ste 1100  
Phila, Pa      19103  

DATED: June 24, 2016